Bradley L. Booke #2662
LAW OFFICE OF BRADLEY L. BOOKE
10161 Park Run Drive #150
Las Vegas, Nevada 89145
702-241-1631
866-297-4863 Fax

Mailing address:

Box 13160
Jackson, Wyoming 83002
brad.booke@lawbooke.com

*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CARLA JO MASTERSON, | )<br>) |
| Plaintiff, | )<br>) |
| VS. | )   Case No.: _____<br>) |
| THE WALT DISNEY COMPANY; DISNEY ENTERPRISES, INC.; DISNEY CONSUMER PRODUCTS AND INTERACTIVE MEDIA, INC.; DISNEY INTERACTIVE STUDIOS, INC. DISNEY SHOPPING, INC; PIXAR; PETE DOCTER; MICHAEL ARNDT; RONNIE DEL CARMEN; MEG LEFAUVE; and JOSH COOLEY, | )<br>)<br>)   **COMPLAINT FOR**<br>)   **COPYRIGHT INFRINGEMENT**<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**NATURE OF CASE**

This action seeks to hold several Disney companies, Pixar, and five individuals liable for willful copyright infringement of original, artistic, protected works created and owned by Las Vegas resident, Carla Jo Masterson, by virtue of Defendants' production, release and sale of the movie "Inside Out" and sale of merchandise based on the store and characters from "Inside Out."

**PARTIES**

1. Plaintiff Carla Jo Masterson is a citizen and resident of the State of Nevada.

2. Defendant The Walt Disney Corporation is a Delaware corporation with its principal place of business in Burbank, California.

3. Defendant Disney Enterprises, Inc. is a Delaware corporation with its principal place of business in Burbank, California.

4. Defendant Disney Consumer Products and Interactive Media, Inc. is a subsidiary of Defendant Disney Enterprises, Inc. and is a California corporation with its principal place of business in Burbank, California.

5. Defendant Disney Interactive Studios, Inc. is a subsidiary of Defendant Disney Enterprises, Inc. and is a California corporation with its principal place of business in Burbank, California.

6. Defendant Disney Shopping, Inc. is a subsidiary of Defendant Disney Enterprises, Inc. and is a California corporation with its principal place of business in Burbank, California.

7. Defendant Pixar is a California corporation with its principal place of business in Burbank, California or Emeryville, California.

8. Defendant Pete Docter is a citizen and resident of California.

9. Defendant Ronnie Del Carmen is a citizen and resident of California.

10. Defendant Meg LeFauve is a citizen and resident of California.

11. Defendant Josh Cooley is a citizen and resident of California.

12. Defendant Michael Arndt is a citizen and resident of California.

13. The Disney and Pixar defendants are collectively referred to in this complaint as the "Disney Defendants."

**JURISDICTION AND VENUE**

14. This action arises under the copyright laws of the United States, 17 U.S.C. § 501, et seq.

15. This Court has subject matter jurisdiction under 17 U.S.C. § 501, 28 U.S.C. § 1331, and 28 U.S.C. § 1338(a) because copyright claims raise a federal question.

16. This Court also has diversity jurisdiction under 28 U.S.C. § 1332(a) because there is complete diversity of citizenship between Plaintiff Carla Jo Masterson and all defendants, and the amount in controversy exceeds $75,000.

17. This Court has general personal jurisdiction of all defendants because they do business in Las Vegas, the District of Nevada, and throughout the world through the distribution of movies, through collateral performances related to their movies, and through sale of merchandise related to their movies, such that all defendants have sufficient minimum contacts with the state of Nevada to make the exercise of jurisdiction in Nevada fair.

18. This Court has specific personal jurisdiction of all defendants because they distributed the movie "Inside Out" in Las Vegas and throughout the District of Nevada, and because the defendants have sold merchandise related to the "Inside Out" movie in Las Vegas and throughout the District of Nevada, making the exercise of jurisdiction in Nevada fair.

**FACTS**

19. On June 15, 1993, Carla J. Masterson, then known as Carla J. McGuiness, was issued United States Copyright Registration TXu 569 987 for an original artistic textual work she authored entitled "What's On the Other Side of the Rainbow? (A Book of Feelings)" (referred to hereafter simply as "What's On the Other Side of the Rainbow?").

20. On July 8, 2004, Carla J. Masterson was issued United States Copyright Registration TXu1-188-624 for a collection of original artistic works she authored that included an original artistic manuscript/movie treatment entitled "The Secret of the Golden Mirror."

21. On March 22, 2006 Carla J. Masterson was issued United States Copyright Registration TX0006406587 for an illustrated version of the original artistic work she authored entitled "What's On the Other Side of the Rainbow?" for which United States Copyright Registration TXu 569 987 had issued in 1993.

22. On April 3, 2006, Carla J. Masterson was issued Writer's Guild of America Registration #1459354 for an original artistic movie script she authored entitled "The Secret of the Golden Mirror."

23. The book "What's On the Other Side of the Rainbow?" and the manuscript/movie

treatment/movie script "The Secret of the Golden Mirror" are original, creative, and artistic stories about how children identify, understand the reasons for, and manage the effects of their emotions.

24. The specific original, artistic, and creative expression and device used by Carla J. Masterson in "What's On the Other Side of the Rainbow" and "The Secret of the Golden Mirror" is to depict the childhood emotions of Joy, Fear, Sad, Anger, Laughter, Friendship, Love, and Shy as characters that appear throughout the book in consistent and continuing configurations and colors.

25. The illustrated version of "What's On the Other Side of the Rainbow?" was first published on April 1, 2006 and was sold publicly and distributed thereafter.

26. Prior to publication of "What's On the Other Side of the Rainbow?" in 2006 and with much greater frequency after publication of the illustrated book, Carla J. Masterson made approximately three hundred public appearances with the illustrated book, including giving readings in public schools, private preschools, and libraries, at book signings in retail stores and book fairs, in radio and television appearances, and in newspapers and magazines.

27. Since publication of the illustrated version of "What's On the Other Side of the Rainbow?" in 2006, the book has been depicted, described, and made available for sale on the Internet at the website www.HarmonySoup.com and as an e-book on Amazon.com.

28. In 2010, the illustrated version of "What's On the Other Side of the Rainbow?" was included in gift bags that were given to persons attending the 62nd Emmy Award ceremonies at the Nokia Theater in downtown Los Angeles. Many Disney executives and affiliated persons were in attendance at these ceremonies and had access to gift bags that included Carla J. Masterson's book.

29. In 2011, the illustrated version of "What's On the Other Side of the Rainbow?" was included in gift bags that were given to persons attending the 83rd Academy Award ceremonies at the Kodak Theater in Hollywood. Michael Arndt, Pete Docter, and many Disney executives and affiliated persons were in attendance at these ceremonies and had access to gift bags that included Carla J. Masterson's book.

30. In 2012, the illustrated version of "What's On the Other Side of the Rainbow?" was included in gift bags that were given to persons attending the Teen Choice Awards ceremonies at the Gibson Amphitheater in Los Angeles. Many Disney executives and affiliated persons were in attendance at these ceremonies and had access to gift bags that included Carla J. Masterson's book.

31. Defendant Pete Docter is a co-writer and director of the animated movie "Inside Out."

32. Defendant Ronnie Del Carmen is a co-writer and co-director of the animated movie "Inside Out."

33. Defendant Michael Arndt was a screenwriter of the animated movie "Inside Out" and has authored books based on the story and characters in the animated movie "Inside Out."

34. Defendant Meg LeFauve was a screenwriter of the animated movie "Inside Out."

35. Defendant Josh Cooley was a screenwriter of the animated movie "Inside Out."

36. In relation to the creation, production, and release of the animated movie "Inside Out," Defendants Docter, Del Carmen, Arndt, LeFauve, and Cooley were at all times acting within the course and scope of their employment and/or agency with the Disney Defendants and/or were acting on behalf of the Disney Defendants and/or were acting at the direction and for the commercial and economic benefit of the Disney Defendants, making the Disney Defendants vicariously liable for the acts and omissions of these named individuals.

37. The Disney Defendants and the individual defendants collectively wrote, produced, released, and marketed the animated movie "Inside Out" and marketed and sold a wide variety of merchandise based upon and utilizing the story and characters from the animated movie "Inside Out."

38. The animated movie "Inside Out" is a story about how children identify, understand the reasons for, and manage the effects of their emotions.

39. The device used in the animated movie "Inside Out" is to depict the childhood emotions of Joy, Fear, Sadness, Anger, and Disgust as characters that appear throughout the movie in continuing configurations and colors.

40. The animated movie "Inside Out" was released in theaters on June 19, 2015.

41. Thereafter and continuing to date, the Disney Defendants have sold the animated movie "Inside Out" on DVDs; licensed the movie to be streamed on the Internet; and marketed and sold books, video games, and other merchandise that is based on and uses the story and characters from the animated movie "Inside Out."

**CLAIM FOR RELIEF:  COPYRIGHT INFRINGEMENT---17 U.S.C. § 501, et seq.**

42. Carla J. Masterson incorporates by reference the allegations of the preceding paragraphs the same as if restated herein in full.

43. The copyright registrations for the text and illustrated text of "What's On the Other Side of the Rainbow?" and text of "The Secret of the Golden Mirror" are existing and valid copyrights that protect original artistic works created by Carla J. Masterson.

44. Carla J. Masterson is the legal and beneficial owner of the copyrights and all protected copyright interests in the works "What's On the Other Side of the Rainbow?" and "The Secret of the Golden Mirror."

45. Defendants, and each of them, had access to Carla J. Masterson's copyrighted works from 2006 forward in multiple ways, including without limitation the hundreds of public appearances and readings she made of and with the book; the book's placement in gift bags at the 2010 Emmy Awards; the 2011 Academy Awards; and the 2012 Teen Choice Awards; and the appearance and availability of the book on the Internet through the website www.HarmonySoup.com and Amazon.com.

46. The animated movie "Inside Out" and its characters are copies of original and protected elements of Carla J. Masterson's copyrighted works, "What's On the Other Side of the Rainbow?" and "The Secret of the Golden Mirror."

47. The animated movie "Inside Out" and its characters are substantially similar to original and protected elements of Carla J. Masterson's copyrighted works, in both the use of its individual components and its combination of components into a single story.

48. The merchandise, video games, and books sold by the Disney Defendants are based on the animated movie "Inside Out" and its characters and are copies of original and

protected elements of Carla J. Masterson's copyrighted works, "What's On the Other Side of the Rainbow?" and "The Secret of the Golden Mirror."

49. The merchandise, video games, and books sold by the Disney Defendants are based on the animated movie "Inside Out" and its characters, are derived from, and are substantially similar to, the original and protected story in and the elements of Carla J. Masterson's copyrighted works.

50. Defendants' copying of Carla J. Masterson's works was done with knowledge that there existed valid copyrights in "What's On the Other Side of the Rainbow?" and "The Secret of the Golden Mirror," and that their conduct constituted infringement of those copyrights.

51. Defendants produced, released, and marketed the animated movie "Inside Out" and marketed and sold books, video games, and a wide variety of merchandise based on the story and characters from the movie for purposes of Defendants' commercial advantage and private financial gain.

52. On information and belief, Defendants have received gross revenues in excess of One Billion Dollars ($1,000,000,000.00) and net profits in the hundreds of millions of dollars from the sale of theater tickets, DVDs, merchandise, and licensing from the animated movie "Inside Out" and merchandise based on the story and characters from the animated movie "Inside Out."

53. As the direct, foreseeable, and proximate result of the infringement by Defendants, and each of them, of Carla J. Masterson's copyrights as described above, Carla J. Masterson has suffered economic loss in an amount far in excess of $75,000.

54. Because Defendants' infringement of Carla J. Masterson's copyrights was willful, Carla J. Masterson is also entitled to an award of statutory damages and attorney's fees pursuant to 17 U.S.C. § 504(c)(2).

WHEREFORE, Plaintiff respectfully prays the Court enter judgment against Defendants, and each of them, and in favor of Plaintiff, in such amounts as Plaintiff shall prove at the trial of this case, including an award of Defendants' profits from the release and sale of the animated movie "Inside Out," all merchandise based on the story and characters of the animated movie

"Inside Out," and all licensed activities and events based on the story and characters from the animated movie "Inside Out;" statutory damages; attorney's fees and costs of suit; and such other and further relief as the Court deems proper under the circumstances.

Dated this 31st day of May, 2018.

      /s/ Bradley L. Booke
Bradley L. Booke #2662
LAW OFFICE OF BRADLEY L. BOOKE
10161 Park Run Drive #150
Las Vegas, Nevada 89145

Mailing address:

Box 13160
250 Veronica Lane #204
Jackson, Wyoming 83002

702-241-1631
866-297-4863 Fax
brad.booke@lawbooke.com

**DEMAND FOR JURY TRIAL**

Pursuant to Rule 38, Fed. R. Civ. P., Plaintiff demands a jury trial of all claims and issues triable to a jury.

Dated this 31st day of May, 2018.

    /s/ Bradley L. Booke
Bradley L. Booke #2662
LAW OFFICE OF BRADLEY L. BOOKE
10161 Park Run Drive #150
Las Vegas, Nevada 89145

Mailing address:

Box 13160
250 Veronica Lane #204
Jackson, Wyoming 83002

702-241-1631
866-297-4863 Fax
brad.booke@lawbooke.com